UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONNA LYNN FUSCHETTO, | |
| Plaintiff, | Civil Action No. 15-5485 (MAS) (DEA) |
| v. | **MEMORANDUM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| HON. JOSEPH L. FOSTER, et al., | |
| Defendants. | |

This matter comes before the Court on the application of Plaintiff Donna Lynn Fuschetto ("Plaintiff") to proceed without prepayment of fees under 28 U.S.C. § 1915. (ECF No. 1-3.) Because Plaintiff provided only a partially completed application form, the Court is unable to determine whether Plaintiff is economically eligible to proceed *in forma pauperis*. Accordingly,

IT IS on this 14th day of January 2016, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1-3) is DENIED;

2. Plaintiff may refile a completed application to proceed *in forma pauperis* that complies with the instructions provided on the form by **February 22, 2016**; and

3. If Plaintiff does not refile an application to proceed *in forma pauperis* by **February 22, 2016**, the Clerk of the Court is ordered to close the file.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE